| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| **DIVISION**<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | **CASE NUMBER**<br>12-08569CA 81 |
| **PLAINTIFF**<br>The State of Florida ex. rel. Robert Cucinotta and Forza LLC, a Delaware Limited Liability Company | **VS. DEFENDANT**<br>Credit Suisse Securities (USA) LLC, a Delaware Limited Liability Company | **CLOCK IN** |

SHAWNEE EMANUEL

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ **Negligence - Other**
   ☐ 097 - Business Governance
   ☐ 098 - Business Torts
   ☐ 099 - Environmental/Toxin Tort
   ☐ 100 - Third Party Indemnification
   ☐ 101 - Construction Defect
   ☐ 102 - Mass Tort
   ☐ 103 - Negligent Security
   ☐ 104 - Nursing Home Negligence
   ☐ 105 - Premises Liability - Commercial
   ☐ 106 - Premises Liability - Residential
   ☐ 107 - Negligence - Other
☐ **Real Property/Mortgage Foreclosure**
   ☐ 108 - Commercial Foreclosure $0 - $50,000
   ☐ 109 - Commercial Foreclosure $50,001 - $249,999
   ☐ 110 - Commercial Foreclosure $250,000 - or more
   ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
   ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
   ☐ 113 - Homestead Residential Foreclosure $250,000 or more
   ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
   ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
   ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
   ☐ 117 - Other Real Property Actions $0 - $50,000
   ☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ **Professional Malpractice**
   ☐ 094 - Malpractice - Business
   ☐ 095 - Malpractice - Medical
   ☐ 096 - Malpractice - Other professional
☐ **Other**
   ☐ 120 - Antitrust/Trade Regulation
   ☐ 121 - Business Transactions
   ☐ 122 - Constitutional Challenge - Statute or Ordinance
   ☐ 123 - Constitutional Challenge - Proposed amendment
   ☐ 124 - Corporate Trust
   ☐ 125 - Discrimination - Employment or Other
   ☐ 126 - Insurance Claims
   ☐ 127 - Intellectual Property
   ☐ 128 - Libel/Slander
   ☐ 129 - Shareholder Derivative Action
   ☐ 130 - Securities Litigation
   ☐ 131 - Trade Secrets
   ☐ 132 - Trust Litigation
   ☒ **133 - Other Civil Complaint**
   ☐ 009 - Bond Estreature
   ☐ 014 - Replevin
   ☐ 024 - Witness Protection
   ☒ 080 - Declaratory Judgment
   ☐ 081 - Injunctive Relief
   ☐ 082 - Equitable Relief
   ☐ 083 - Construction Lien
   ☐ 084 - Petition for Adversary Preliminary Hearing
   ☐ 085 - Civil Forfeiture
   ☐ 086 - Voluntary Binding Arbitration
   ☐ 087 - Personal Injury Protection (PIP)

FILED FOR RECORD
2012 MAR -5 PM 4:20

**EXHIBIT B**

CLK/CT 96 Rev. 12/09                              Clerk's web address: www.miami-dadeclerk.com

# COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

REMEDIES SOUGHT (check all that apply):
- ☐ monetary;
- ☒ non-monetary declaratory or injunctive relief;
- ☐ punitive

NUMBER OF CAUSES OF ACTION: [ 1 ]
(specify) Declaratory Judgment

IS THIS CASE A CLASS ACTION LAWSUIT?
- ☐ Yes
- ☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
- ☒ No
- ☐ Yes   If "Yes", list all related cases by name, case number, and court.

IS JURY TRIAL DEMANDED IN COMPLAINT?
- ☐ Yes
- ☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____   Florida Bar # __0027150__
Attorney or party                                (Bar # if attorney)

Michael R. Tolley                    Date 3/5/12
(type or print name)

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☒ CIVIL ☐ DISTRICTS ☐ FAMILY ☐ OTHER | **CIVIL COVER SHEET** | **CASE NUMBER** |
| **PLAINTIFF** The State of Florida ex. rel. Robert Cucinotta and Forza LLC, a Delaware Limited Liability Company | **VS. DEFENDANT** Credit Suisse Securities (USA) LLC, a Delaware Limited Liability Company | **CLOCK IN** |

SHAWNEE EMANUEL

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ **Negligence - Other**
　☐ 097 - Business Governance
　☐ 098 - Business Torts
　☐ 099 - Environmental/Toxin Tort
　☐ 100 - Third Party Indemnification
　☐ 101 - Construction Defect
　☐ 102 - Mass Tort
　☐ 103 - Negligent Security
　☐ 104 - Nursing Home Negligence
　☐ 105 - Premises Liability - Commercial
　☐ 106 - Premises Liability - Residential
　☐ 107 - Negligence - Other
☐ **Real Property/Mortgage Foreclosure**
　☐ 108 - Commercial Foreclosure $0 - $50,000
　☐ 109 - Commercial Foreclosure $50,001 - $249,999
　☐ 110 - Commercial Foreclosure $250,000 - or more
　☐ 111 - Homestead Residential Foreclosure $0 - $50,000
　☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
　☐ 113 - Homestead Residential Foreclosure $250,000 or more
　☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
　☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
　☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
　☐ 117 - Other Real Property Actions $0 - $50,000
　☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ **Professional Malpractice**
　☐ 094 - Malpractice - Business
　☐ 095 - Malpractice - Medical
　☐ 096 - Malpractice - Other professional
☐ **Other**
　☐ 120 - Antitrust/Trade Regulation
　☐ 121 - Business Transactions
　☐ 122 - Constitutional Challenge - Statute or Ordinance
　☐ 123 - Constitutional Challenge - Proposed amendment
　☐ 124 - Corporate Trust
　☐ 125 - Discrimination - Employment or Other
　☐ 126 - Insurance Claims
　☐ 127 - Intellectual Property
　☐ 128 - Libel/Slander
　☐ 129 - Shareholder Derivative Action
　☐ 130 - Securities Litigation
　☐ 131 - Trade Secrets
　☐ 132 - Trust Litigation
☒ **133 - Other Civil Complaint**
　☐ 009 - Bond Estreature
　☐ 014 - Replevin
　☐ 024 - Witness Protection
　☒ 080 - Declaratory Judgment
　☐ 081 - Injunctive Relief
　☐ 082 - Equitable Relief
　☐ 083 - Construction Lien
　☐ 084 - Petition for Adversary Preliminary Hearing
　☐ 085 - Civil Forfeiture
　☐ 086 - Voluntary Binding Arbitration
　☐ 087 - Personal Injury Protection (PIP)

CLK/CT 96 Rev. 12/09　　　　　　　　　　　　　　　　　　　　　Clerk's web address: www.miami-dadeclerk.com

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

REMEDIES SOUGHT (check all that apply):
- ☐ monetary;
- ☒ non-monetary declaratory or injunctive relief;
- ☐ punitive

NUMBER OF CAUSES OF ACTION: [ 1 ]
(specify) Declaratory Judgment

IS THIS CASE A CLASS ACTION LAWSUIT?
- ☐ Yes
- ☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
- ☒ No
- ☐ Yes   If "Yes", list all related cases by name, case number, and court.

IS JURY TRIAL DEMANDED IN COMPLAINT?
- ☐ Yes
- ☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____    Florida Bar # ____0027150____
Attorney or party                                        (Bar # if attorney)

Michael R. Tolley                                        Date  3/5/12
(type or print name)

CLK/CT 96 Rev. 12/09                           Clerk's web address: www.miami-dadeclerk.com